**STATE OF RHODE ISLAND**                                     **SUPERIOR COURT**
**PROVIDENCE, SC.**

**TERICK AZEEZ**
    **Plaintiff**

    v.                                              **C.A. No. 1:21-CV-00055-MSM-LDA**

**LIFESPAN CORPORATION**
    **Defendant**

## NOTICE OF LIEN

Pursuant to R.I. Gen. Laws §9-3-1 through 3, former counsel for the Plaintiff hereby

establishes a lien for unpaid legal services and costs, on this cause of action by the Plaintiff.

> Plaintiff,
> By his attorney,
>
>
> /s/ Vicki J. Bejma
> Stephen M. Robinson #2103
> Vicki J. Bejma #6498
> Robinson & Clapham
> 123 Dyer Street, Suite 135
> Providence, RI  02903
> (401) 331-6565
> (fax) 331-7888
> vbejma@smrobinsonlaw.com

## CERTIFICATION

I hereby certify that on March 14, 2023, I served the foregoing by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:
James Musgrave
jmusgrave@rcfp.com

and I have further served the foregoing by regular and certified mail, postage prepaid to Terick Azeez 1 Dropo Drive Moosup CT 06354, and to his email addresses at terick3748@gmail.com and tereck3748@gmail.com.

> /s/ Vicki J. Bejma

1