UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TERICK AZEEZ
     Plaintiff(s)

VS.                                         C.A. NO. 1:21-CV-00055-MSM-LDA

LIFESPAN CORPORATION
     Defendant(s)

## **MOTION TO DISMISS**

Now comes the Defendant, Lifespan Corporation and hereby moves that this matter be dismissed with prejudice pursuant to Rule 41(b).   On January 11, 2023, this Court granted Vicki Bejma, Esq. and Stephen Robinson, Esq.'s Motion to Withdraw as counsel for the Plaintiff.    In conjunction therewith, the Court ordered that the Plaintiff either have successor counsel enter on his behalf or enter his own appearance pro se on or before February 13, 2023.   This Court's order further provided that "Failure to do so may result in the dismissal of the case for lack of prosecution."    Following an *ex parte* email from the Plaintiff to the Court, which the Court treated as a Motion for Extension of Time, the time for Plaintiff to enter his appearance pro se or have counsel enter on his behalf was extended to April 17, 2023.   To date, Plaintiff has not complied with this Court's order.   Accordingly, Defendant respectfully requests that this matter be dismissed for lack of prosecution.

Defendant,
LIFESPAN CORPORATION
By Its Attorney,


  /s/ James A. Musgrave
James A. Musgrave (#6640)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.
Ten Weybosset Street, 8th Floor
Providence, RI   02903
401-521-7000  FAX 401-521-1328
jmusgrave@rcfp.com

- 2 -

## **CERTIFICATION**

I, James A. Musgrave, hereby certify that on April 26, 2023, I served the foregoing by causing a true and correct copy of the same to be sent via email to terick3748@gmail.com.and regular mail to:

Terick Azeez
1 Dropo Dr
Moosup, CT 06354


_____/s/ James A. Musgrave_____


JAM:jam
5375-21 (3936876)
4/26/2023