# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

**Terick Azeez**
    Plaintiff,

v.

**Lifespan Corporation**
    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 1:21-CV-55-MSM

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters in accordance with the Text Order of 5/17/2023

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 5/17/2023